# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| CARLOS HERNANDEZ, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:20-cv-149 |
| | * | |
| v. | * | |
| | * | |
| TRACY JOHNS, | * | |
| | * | |
| Respondent. | * | |

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 9.  Petitioner Carlos Hernandez ("Hernandez") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Hernandez's 28 U.S.C. § 2241 Petition, **GRANTS as unopposed** Respondent's Motion to Dismiss, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment

AO 72A
(Rev. 8/82)

of dismissal, and **DENIES** Hernandez *in forma pauperis* status on appeal.

**SO ORDERED**, this __23__ day of __Febry__, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA